UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MALIBU MEDIA, LLC,

                      **ORDER**
                      15-CV-04802 (SJF)(SIL)

             Plaintiff,

          v.

JOHN DOE subscriber assigned IP
address 68.194.153.154,

             Defendant.
------------------------------------------------------------x

**LOCKE, Magistrate Judge:**

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT, SUMMONS, AND AFFIDAVIT OF SERVICE UNDER SEAL

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File its Amended Complaint, Summons, and Affidavit of Service under seal (the "Motion"), and, the Court being duly advised in the premises,

**IT IS ORDERED AND ADJUDGED:** Plaintiff's Motion to file under seal is granted. Plaintiff shall file its Amended Complaint, Summons, and Affidavit of Service under seal. All remaining pleadings will be filed under the name "John Doe" until further order of the Court.

Dated:     Central Islip, New York
             December 30, 2016

**SO ORDERED:**

s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge

1